# EXHIBIT B

| US6869853B1 | Renesas NESG7030M04 ("The Accused product") |
|---|---|
| 1. A method of fabricating a bipolar transistor, the method comprising:<br><br>forming a sacrificial emitter over a base; | The accused product discloses a method of fabricating a bipolar transistor (e.g., SiGe:C HBT). The said bipolar transistor contains a sacrificial emitter over a base (e.g., emitter over a SiGe base).<br><br>**RENESAS**  Data Sheet<br><br>**NESG7030M04**  R09DS0037EJ0100<br>Rev.1.00<br>NPN Silicon Germanium Carbon RF Transistor  Apr 18, 2012<br><br>**FEATURES**<br>• The device is an ideal choice for low noise, high gain amplification.<br>  NF = 0.75 dB TYP. @ $V_{CE}$ = 2 V, $I_C$ = 5 mA, f = 5.8 GHz<br>  $G_a$ = 14 dB TYP. @ $V_{CE}$ = 2 V, $I_C$ = 5 mA, f = 5.8 GHz<br>• $P_{O(1\ dB)}$ = 4.5 dBm TYP. @ $V_{CE}$ = 2 V, $I_{C\ (sat)}$ = 10 mA, f = 2 GHz<br>• Maximum stable power gain: MSG =16.5 dB TYP. @ $V_{CE}$ = 2 V, $I_C$ = 15 mA, f = 5.8 GHz<br>• SiGe: C HBT technology<br>• This product is improvement of ESD.<br>• Flat-lead 4-pin thin-type super minimold (M04 PKG)<br><br>https://www.renesas.com/us/en/document/dst/nesg7030m04-datasheet<br><br>The HBTs were developed within the framework of the European joint research project DOTFIVE which aims at developing SiGe:C HBT devices that operate at 500 GHz at room temperature.<br><br>Meanwhile, earlier last month, Renesas Electronics Corp. announced the availability of a new SiGe:C heterojunction bipolar transistor, the NESG7030M04.<br><br>For its part, Renesas is applying its HBT for use as a low-noise amplifier transistor for wireless LAN systems, satellite radios, and similar applications.<br><br>https://www.eetimes.com/imec-demoes-speedy-hbts-using-complex-process/ |

MANHASSET, NY — Research consortium Imec has developed a heterojunction bipolar transistor device with a fT/fMAX 245GHz/450GHz as a key enabler for millimeter-wave low-power circuits to be used in automotive radar applications.

Imec used a silicon-germanium: carbon heterojunction bipolar transistor (SiGe:C HBT) process technology which improves device performance by adding small amounts of germanium and carbon to the silicon transistor base with a process that forms electron paths that allow high-speed transport at high density in the semiconductor using heterojunctions.

These HBT devices also pave the way to silicon-based millimeter wave circuits penetrating the so-called THz gap, enabling enhanced imaging systems for security, medical and scientific applications.

The devices have a fully self-aligned architecture of the emitter, base and collector region, and implement an optimized collector doping profile.

Compared to III-V HBT devices, SiGe:C HBTs combine high-density and low-cost integration, making them suitable for consumer applications.

https://www.eetimes.com/imec-demoes-speedy-hbts-using-complex-process/

low-complexity integration process makes it suitable to be integrated into the 0.18 μm BiCMOS technology. The SiGe:C base is grown at reduced pressure and low temperature in a commercially available LPCVD system using $SiH_4/GeH_4/B_2H_6/CH_4$-$SiH_1$ as sources. Benefiting from the incorporation of 0.2% Carbon in the base, the boron spike is under control after the full BiCMOS thermal budget. In-situ As doped poly-emitter, which is self-aligned with the external base implantation, is combined with a low energy P emitter implantation to reduce the $C_{BE}$ for low power performance. A typical Gummel plot in Fig. 2b illustrates excellent ideality factor for both collector current and base current even at very low $V_{BE}$, which proves that an emitter-base structure of high quality is obtained from this process. The junction isolation solution is used for low cost purpose, while deep trench isolation (DTI) is used to achieve optimum performance for CML gate delay as well as maximum packing density. The HBT is also integrated together with a full suite of RF passive components to provide the system-on-chip technology solution for the 2-5 GHz RF market. Key electrical characteristics are listed in Table 1.



Fig. 2a: TEM of the emitter/base architecture of the SiGe:C HBT.

https://www.researchgate.net/publication/4057384_Ultra_low_power_SiGeC_HBT_for_018_mm_RF-BiCMOS



Sacrificial emitter over a base

**FIGURE 4.9**   SEM micrograph of a 0.18 μm SiGe BiCMOS HBT.

http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf

|  | A self-aligned sacrificial emitter (SASE) process has been successfully developed in a BiCMOS technology. Selective epitaxy of SiGe originally developed for sub-100 nm CMOS nodes is used for a raised extrinsic base. Process integration includes building a sacrificial emitter pedestal using a CMOS gate-like etch, isolation of the emitter to extrinsic base by oxide CMP, and oxide recess etch to expose the emitter window for the in-situ doped emitter. Electrical results are shown to be comparable to hardware manufactured using other BiCMOS integration schemes. An intriguing growth mode of selective epitaxy has been found to have higher growth rate for high index planes.<br><br>https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |
|---|---|
| forming a first oxide layer over the sacrificial emitter; | The accused product discloses about formation of a first oxide layer over the sacrificial emitter. |

|  | A self-aligned sacrificial emitter (SASE) process has been successfully developed in a BiCMOS technology. Selective epitaxy of SiGe originally developed for sub-100 nm CMOS nodes is used for a raised extrinsic base. Process integration includes building a sacrificial emitter pedestal using a CMOS gate-like etch, isolation of the emitter to extrinsic base by oxide CMP, and oxide recess etch to expose the emitter window for the in-situ doped emitter. Electrical results are shown to be comparable to hardware manufactured using other BiCMOS integration schemes. An intriguing growth mode of selective epitaxy has been found to have higher growth rate for high index planes. https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |



**FIGURE 4.8**   Self-aligned SiGe epitaxial base bipolar structure using an outer sidewall to self-align the extrinsic base.

http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf



(d) Extrinsic implant using boron which is self aligned to the emitter opening by the outer sidewall

(e) Oxidation of the sacrificial polysilicon layer exposed in the field area but not underneath the nitride using the LOCOS effect, i.e., the polysilicon underneath the pad nitride is not oxidized

(f) Uncover emitter opening by selective removal of the nitride, polysilicon, and finally bottom dielectric layer.  Note P+ implant is self-aligned to the emitter opening

(g) Emitter-polysilicon deposition, doping, and patterning. Note that with lower topography there is reduced narrow emitter effects.

http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf

| forming a masking material over the first oxide layer; | The accused product discloses about formation of a masking material (i.e. Nitride layer) over the first oxide layer. <br><br> The Self-Aligned emitter-base process is implemented after base oxide. The Sacrificial Emitter pedestal (mandrel) is defined by the deposition of a film stack consisting of polysilicon and a silicon nitride or silicon dioxide cap layer, photolithography, and reactive-ion etch (RIE). Thereafter, a blanket silicon nitride film is deposited, followed by photolithography to define an opening in the photoresist for the entire NPN base region. An end-pointed etch forms silicon nitride sidewalls on the emitter pedestal, and simultaneously forms an opening in the silicon nitride film. <br><br> https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |



(a) Nonselective SiGe epitaxial base and layer depositions

(b) Pattern and etch a sacrificial-emitter-pedestal using the top two layers

(c) Deposit dielectric and etch back to form an outer sidewall on the sacrificial-emitter-pedestal

**FIGURE 4.8**   Self-aligned SiGe epitaxial base bipolar structure using an outer sidewall to self-align the extrinsic base.

http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf



(d) Extrinsic implant using boron which is self aligned to the emitter opening by the outer sidewall

(e) Oxidation of the sacrificial polysilicon layer exposed in the field area but not underneath the nitride using the LOCOS effect, i.e., the polysilicon underneath the pad nitride is not oxidized

(f) Uncover emitter opening by selective removal of the nitride, polysilicon, and finally bottom dielectric layer.  Note P+ implant is self-aligned to the emitter opening

(g) Emitter-polysilicon deposition, doping, and patterning. Note that with lower topography there is reduced narrow emitter effects.

http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf

| planarizing the masking material to expose the first oxide layer; | The accused product discloses about planarization of the masking material (e.g., use of CMP method to planarize the oxide layer) to expose the first oxide layer.

After forming the raised extrinsic SiGe base, a relatively thick silicon oxide film is deposited. Thereafter, chemical-mechanical polishing (CMP) is used to planarize the oxide film. The oxide CMP stops at a specified distance above sacrificial emitter pedestal. A silicon oxide etch selective to silicon nitride follows, and is controlled such that the polysilicon of the sacrificial emitter pedestal is exposed while the extrinsic SiGe base is still buried by oxide.

https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |



(d) Extrinsic implant using boron which is self aligned to the emitter opening by the outer sidewall

(e) Oxidation of the sacrificial polysilicon layer exposed in the field area but not underneath the nitride using the LOCOS effect, i.e., the polysilicon underneath the pad nitride is not oxidized

(f) Uncover emitter opening by selective removal of the nitride, polysilicon, and finally bottom dielectric layer.  Note P+ implant is self-aligned to the emitter opening

(g) Emitter-polysilicon deposition, doping, and patterning. Note that with lower topography there is reduced narrow emitter effects.

| | |
|---|---|
| | http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf |
| etching a portion of the first oxide layer over the sacrificial emitter; and removing the sacrificial emitter. | The accused product discloses about etching of a portion of the first oxide layer over the sacrificial emitter; and removing the sacrificial emitter (i.e. removing of polysilicon of the sacrificial emitter to reduce narrow emitter opening).<br><br>    After forming the raised extrinsic SiGe base, a relatively thick silicon oxide film is deposited. Thereafter, chemical-mechanical polishing (CMP) is used to planarize the oxide film. The oxide CMP stops at a specified distance above sacrificial emitter pedestal. A silicon oxide etch selective to silicon nitride follows, and is controlled such that the polysilicon of the sacrificial emitter pedestal is exposed while the extrinsic SiGe base is still buried by oxide.<br>https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf |



(d) Extrinsic implant using boron which is self aligned to the emitter opening by the outer sidewall

(e) Oxidation of the sacrificial polysilicon layer exposed in the field area but not underneath the nitride using the LOCOS effect, i.e., the polysilicon underneath the pad nitride is not oxidized

(f) Uncover emitter opening by selective removal of the nitride, polysilicon, and finally bottom dielectric layer.  Note P+ implant is self-aligned to the emitter opening

(g) Emitter-polysilicon deposition, doping, and patterning. Note that with lower topography there is reduced narrow emitter effects.

http://www.icisc-lab.com/userfiles/file/download/Fabrication%20of%20SiGe%20HBT%20BiCMOS%20technology.pdf

Sacrificial Emitter Pedestal

Oxide CMP planarizes the entire Si wafer including both CMOS FET and SiGe HBT NPN regions. It cannot be allowed to polish into CMOS gates. The sacrificial emitter needs to be of sufficiently tall to protect the CMOS gates during CMP but not so tall that it becomes difficult to form the narrow emitter opening. Low emitter resistance also requires a low emitter height. A tradeoff needs to be made.

Extensive study has been carried out to optimize the layer stack of the sacrificial emitter pedestal, its layer composition, and the thicknesses of the various layers. Polysilicon with an oxide cap layer has been found to be a good candidate. The oxide cap layer brings the top of the silicon nitride spacer above the polysilicon of the sacrificial emitter pedestal. It is completely removed prior to the selective epitaxy of the extrinsic base by a dedicated oxide etch step, and the epitaxy preclean. This way, SiGe also grows on the sacrificial emitter pedestal, adding to its height, and increases the process window for oxide CMP later in the process flow. The SiGe layer also grows laterally, as shown in Figure 1. Since the top of silicon nitride spacer is taller than the emitter polysilicon, the initial lateral growth is restricted, resulting in smaller lateral than vertical growth. Clearly, no SiGe layer is grown on the silicon nitride spacers.

https://iopscience.iop.org/article/10.1149/05009.0121ecst/pdf